ROGERS JOSEPH O'DONNELL
Renée D. Wasserman (State Bar No. 108118)
rwasserman@rjo.com
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
Emily A. Wieser (State Bar No. 311315)
ewieser@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
WALGREEN CO.

MILSTEIN JACKSON FAIRCHILD & WADE, LLP
Gillian L. Wade (State Bar No. 229124)
gwade@mjfwlaw.com
Sara D. Avila (State Bar No. 263213)
savila@mjfwlaw.com
Marc A. Castaneda (State Bar No. 299001)
awhitman@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone:  310.396.9600
Facsimile:  310.396.9635

CARNEY BATES & PULLIAM, PLLC
Hank Bates (CA State Bar No. 167688)
hbates@cbplaw.com
David Slade (to apply pro hac vice)
dslade@cbplaw.com
519 W. 7th Street
Little Rock, Arkansas 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON EIDMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>    Defendant. | Case No. 5:20-cv-04805-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Date of first filing:   July 17, 2020 |

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2

Pursuant to Civil Local Rule 6-2, the parties, Plaintiff Cameron Eidmann ("Plaintiff") and Defendant Walgreen Co. ("Defendant" or "Walgreens"), by and through their respective counsel, submit this Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint.

Plaintiff will not be filing an opposition to Defendant's Motion to Dismiss that was filed on November 24, 2020, and Plaintiff instead will exercise his right to file a First Amended Complaint on December 15, 2020 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The parties stipulate and agree that Defendant will have up to and including January 7, 2021 to respond to Plaintiff's First Amended Complaint. The reasons for the request are set forth in the attached Declaration of Alecia E. Cotton.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: December 8, 2020     ROGERS JOSEPH O'DONNELL

By: /s/ Alecia E. Cotton
    RENÉE D. WASSERMAN
    ALECIA E. COTTON
    EMILY A. WIESER

Attorneys for Defendant
WALGREEN CO.

Dated: December 8, 2020     MILSTEIN JACKSON FAIRCHILD & WADE, LLP

By: /s/ Gillian L. Wade
    GILLIAN L. WADE
    SARA D. AVILA
    MARC A. CASTANEDA

Dated: December 8, 2020     CARNEY BATES & PULLIAM, PLLC

By: /s/ Hank Bates
    HANK BATES
    DAVID SLADE

Page 1

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2

**DECLARATION OF ALECIA E. COTTON**

1. I am a member in good standing of the California State Bar and an attorney at the law firm of Rogers Joseph O'Donnell P.C., counsel for Defendant in this action. I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so.

2. On July 17, 2020, Plaintiff filed a putative class action Complaint against Defendant alleging violations of False and Misleading Advertising Law, violations of the California Consumer Legal Remedies Act, and violations of Unfair Competition Law in relation to Defendant's sales of its store brand Infants' Pain & Fever Acetaminophen. ECF No. 1.

3. On September 9, 2020, Plaintiff sent a Request to Waive the Service of Summons in this action to Defendant, and Defendant subsequently executed and returned the same to Plaintiff. The returned executed Waiver of Service of Summons was filed with the Court on September 15, 2020. ECF No. 16. The return of the executed Waiver of Service of Summons made November 9, 2020, the deadline for Defendant to answer or otherwise respond to the Complaint.

4. The parties stipulated and agreed to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint up to and including November 30, 2020.

5. On November 24, 2020, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim [Fed. R. Civ. P. 12(b)(6)]; Lack of Subject Matter Jurisdiction [Fed. R. Civ. P. 12(b)(1)]; and for Failure to Satisfy Rule 9(b) ("Motion to Dismiss"). Plaintiff has up to and including December 8, 2020 to file a response to Defendant's Motion to Dismiss.

6. Plaintiff intends to file a First Amended Complaint pursuant to Fed. R. Civ. P. 15 and intends to file the First Amended Complaint on December 15, 2020. Accordingly, Plaintiff will not be filing an opposition to Defendant's Motion to Dismiss on

Page 2

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2

1  December 8, 2020.

2      7.    In consideration of the up-coming December holidays, the parties have agreed that Defendant will have up to and including January 7, 2021 to file a responsive pleading in response to Plaintiff's First Amended Complaint. The parties agree that any opposition by Plaintiff to Defendant's responsive pleading will be in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

    8.    This change will not alter the date of any other event or deadline already fixed by Court order, other than the date by which Defendant will file a responsive pleading to Plaintiff's First Amended Complaint.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on December 8, 2020, at San Francisco, California.

/s/ Alecia E. Cotton
Alecia E. Cotton

Page 3

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant's responsive pleading in response to Plaintiff's First Amended Complaint, which Plaintiff intends to file on December 15, 2020, will be due on January 7, 2021.

Dated:_____

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

Page 4

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2

# CERTIFICATE OF SERVICE

I, Sharon Ingram, hereby certify that on December 8, 2020, I caused to be electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER**, true and correct copies of which will be served via the Court's EF/ECM system on all parties of record.

                      /s/ *Sharon Ingram*

Page 5

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2; DECLARATION OF ALECIA E. COTTON IN SUPPORT THEREOF; [PROPOSED] ORDER – CASE NO: 20-cv-04805-EJD

517024.2