UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON EIDMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No. 5:20-cv-04805-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 40 |

On February 26, 2021, the Court granted Defendant Walgreen Co.'s Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Walgreen Co. and against Plaintiff Cameron Eidmann. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 16. 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge